# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

### Fort Worth Divison

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

APR - 5 2022

CLERK, U.S. DISTRICT COURT

By_____
Deputy

Michael Moates, MA, QBA, LBA
_____
Plaintiff

v.

**4-22CV-262-P**

Case Number

TX Dept. of Licencing and Regulation, et al
_____
Defendant

## MOTION FOR THE APPOINTMENT OF COUNSEL

I request that the Court appoint an attorney to represent me in the matter cited above. In support of this motion I have attached the following:

1. An affidavit relating to my ability to pay costs and fees.

2. Other material, if any.

Petition with various civil rights issues.

I have made the following efforts to obtain counsel from legal aid or legal services organizations or individual attorneys without payment of a fee or on a contingent fee basis, and have been unable to obtain the services of counsel:

Reached out to:
-ACLU Texas
-Legal Aid of North Texas
-Alliance Defending Freedom

| | |
|---|---|
| Date | 4-April-2022 |
| Signature | |
| Print Name | Michael Moates |
| Address | 2700 Colorado Boulevard Apt 1526 |
| City, State, Zip | Denton, TX 76210 |
| Telephone | 817-999-7534 |