**Notice of Appeal to a Court of Appeals From an Appealable Order of a District Court**

United States District Court for the Northern District of Texas
Docket Number 4:22-cv-00262

| | |
|---|---|
| Michael Moates, Plaintiff<br><br>v.<br><br>Michael Arismendez et al, Defendants | Notice of Appeal |

Plaintiff Michael Moates hereby appeals to the United States Court of Appeals for the Fifth Circuit from the order Accepting/Adopting Findings and Recommendations entered on 18 April 2022.

　/s/ Michael Moates　

*Pro Se*
*Address*: 2700 Colorado Boulevard #1526
Denton, Texas 76210
817-999-7534
michaelsmoates@gmail.com