| | | |
|---|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>100 Jefferson County Pkwy, Golden, CO 80401<br>Telephone: 720-772-2500 | | DATE FILED: April 14, 2022 12:38 PM<br>FILING ID: 555A4CB097FE0<br>CASE NUMBER: 2022CV30428 |
| **Plaintiff:** | BEHAVIOR ANALYST CERTIFICATION BOARD, INC., | |
| v. | | |
| **Defendants:** | MICHAEL MOATES, an individual; MISTY KIESCHNICK, an individual; LARRY KIESCHNICK, an individual; and THE GLOBAL INSTITUTE OF BEHAVIORAL PRACTITIONERS AND EXAMINERS. | ▲ COURT USE ONLY ▲ |
| *Attorneys for Plaintiff:*<br>Mark L. Sabey, #16319<br>Lindsay K. McManus, #56572<br>Hall, Render, Killian, Heath & Lyman, P.C.<br>999 17th Street, Suite 800, Denver, CO 80202<br>(303) 801-3538 / marksabey@hallrender.com<br>(303) 802-1293 / lmcmanus@hallrender.com | | Case No.:  2022CV30428<br><br>Division:  15 |

**SUMMONS**

**TO THE ABOVE NAMED DEFENDANT: _____MICHAEL MOATES_____**