- 1 -

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION – DISTRICT COURT

| | |
|---|---|
| Mr. Michael Moates, MA, QBA, LBA, Plaintiff<br><br>v.<br><br>Michael Arismendez, in his capacity as Executive Director of the Texas Department of Licensing and Regulation;<br><br>Texas Department of Licensing and Regulation; and<br><br>Behavior Analyst Certification Board; | Case No.:  4:22-cv-00262-P-BJ |

# **NOTICE OF DISMISSAL**

- 2 -

**Please take notice of dismissal and notification of intent to take action in state court.**

## SERVICE

1. Plaintiff Moates can be served and consents to service via email if service is sent to both email addresses: michaelsmoates@gmail.com and michael@gibpe.org

2. Defendants Texas Department of Licensing and Regulation and its Executive Director have consented to service via email on 8 February 2022. The email is Elizabeth.Salinas-Strittmatter@tdlr.texas.gov. **See Exhibit H.**

3. Defendant Behavior Analyst Certification Board can be served at Behavior Analyst Certification Board, 7950 Shaffer Parkway, Littleton, CO 80127.

**Respectfully Submitted,**

**/s/ Michael S. Moates, MA, QBA, LBA**

michael@gibpe.org

michaelsmoates@gmail.com

2700 Colorado Boulevard #1526

Denton, TX 76210

Cell Phone: 817-999-7534